UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMELA QUALLS,

      Plaintiff,

      v.

MARIPOSA UNIFIED SCHOOL
DISTRICT, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-01947-JLT-FJS

ORDER DENYING PLAINTIFF'S
MOTION FOR CM/ECF ELECTRONIC
FILING PRIVILEGES

(ECF No. 6)

On May 26, 2027, Plaintiff Tamela Qualls ("Plaintiff") filed a motion for permission to file electronically via CM/ECF. (ECF No. 6.) Plaintiff requests CM/ECF privileges to ensure timely filing of documents, avoid delays and the uncertainty of mail delivery, and assist Plaintiff in more effectively managing this litigation. (*Id.*) Plaintiff further agrees to comply with the Federal Rules of Civil Procedure, Local Rules, and other requirements imposed by the court. (*Id.*)

Pursuant to the Local Rules, a *pro se* party shall file and serve paper documents and may not utilize electronic filing unless the court grants permission. L.R. 133(a)-(b). A *pro se* party may request an exception to the paper filing requirement from the court by filing a stipulation of the parties, or "if a stipulation cannot be had, [a] written motion[] setting out an explanation of reasons for the exception." L.R. 133(b)(3).

Upon review of the filings in this action and the instant request, the court finds that this action currently does not warrant an exception to the Local Rule. Documents intended to be filed

with the court must be mailed to the Clerk of the Court. See L.R. 134(a).

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for permission to utilize electronic via CM/ECF (Doc. 6) is DENIED without prejudice.

IT IS SO ORDERED.

Dated:    **May 28, 2026**    _____
                              UNITED STATES MAGISTRATE JUDGE